MD/FL 12C
(04/17)

# United States District Court

for

Middle District of Florida
Jacksonville Division

### Petition for Warrant or Summons for Offender Under Supervised Release

**Name of Offender:** Robert Curtis Johnson      **Docket Number:** 3:05-cr-340(S1)-J-25JRK

**Name of Sentencing Judicial Officer:** Honorable Henry Lee Adams, Jr.
United States District Judge

**Date of Original Sentence:** July 14, 2006

**Original Offense:** Conspiracy to Distribute Five Grams or More of Cocaine Base

**Original Sentence:** 140 months of imprisonment followed by 8 years supervised release. Additionally, the Court ordered treatment of narcotic addiction or drug or alcohol dependency; participate as directed in a program of mental health treatment; and pay a $100.00 special assessment.

On February 22, 2017, the Court reduced his supervision by one year based on his successful completion of the Intensive Re-Entry Court Program (IRP).

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** January 6, 2016      **Date Supervision Expires:** January 5, 2023

**Assistant United States Attorney:** Frank Merrill Talbot, II      **Defense Attorney:** Susan Good Yazgi

---

### PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

1. **New criminal conduct, Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, occurring as early as October 2017, up to November of 2018, while on supervision in violation of the conditions of supervision:** On December 7, 2018, a 22 count superseding indictment was filed in the Southern District of Georgia in Case No. 2:18-cr-50(S1), charging the defendant in Count One with Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1),(b)(1)(C), and (b)(1)(D). All done in violation of Title 18, United States Code, Section 2 and Title 21, Unites States Code, Section 846.

2. **Travel outside the district without permission in violation of Condition One of the Standard Conditions of Supervision:** As early as October 2017, up to November 2018, the defendant traveled to the state of Georgia, outside the Middle District of Florida, without the permission of his probation officer, as evidenced by his involvement in new criminal conduct that occurred in the Southern District of Georgia.

Case 2:19-mj-00032-BWC   Document 1   Filed 12/06/19   Page 2 of 3
Case 3:05-cr-00340-HLA-JRK   Document 108 (Court only)   Filed 12/20/18   Page 2 of 3
PageID 411

MD/FL 12C                                                                                                              Page 2
(04/17)

Offender: Robert Curtis Johnson
Docket: 3:05-cr-340-J-25JRK
Date Prepared: December 20, 2018

3. **Association with persons engaged in criminal activity in violation of Condition Nine of the Standard Conditions of Supervision:** As early as October 1, 2017, up to November of 2018, the defendant associated with numerous persons engaged in criminal activity as evidenced by his federal indictment in the Southern District of Georgia, Case No. 2:18-cr-50(S1).

4. **Positive urinalysis for cocaine and marijuana on December 14, 2018, in violation of Condition Seven of the Standard Conditions of Supervision:** On December 14, 2018, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of cocaine and marijuana. Further, the defendant provided a written statement admitting he used cocaine, marijuana and opiates, on December 13, 2018.

United States Probation Office Recommendation:

☒   Issuance of a Warrant

☐   Issuance of a Summons

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   December 20, 2018

/S/ *Steve Watson*

Steven M. Watson
United States Probation Officer

MD/FL 12C
(04/17)

Page 3

Offender: Robert Curtis Johnson
Docket: 3:05-cr-340-J-25JRK
Date Prepared: December 20, 2018

## THE COURT ORDERS

☐ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ No Action

☐ Other

_____
Signature of Judicial Officer

_____
Date

**JUDGE'S COMMENTS**